Rebekah Conroy
Stone Conroy LLC
25 A Hanover Road, Suite 301
Florham Park, NJ 07932
(973) 400-4181
rconroy@stoneconroy.com

*Attorney for Plaintiffs*
*Amneal Pharmaceuticals LLC*
*and Impax Laboratories, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| AMNEAL PHARMACEUTICALS LLC, AND IMPAX LABORATORIES, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>SANDOZ INC.,<br><br>Defendant. | Civil Action No. 25-cv-181 |

**PLAINTIFF AMNEAL PHARMACEUTICALS, LLC's F.R.C.P. 7.1(a)(1)**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Amneal Pharmaceuticals, LLC ("Amneal"), by and through its undersigned attorneys, hereby discloses that: (1) Amneal is wholly-owned by Amneal Pharmaceuticals, Inc., which is a publicly held company; and (2) Amneal Pharmaceuticals, Inc. has no parent corporation, and no publicly held corporation owns more than ten (10%) percent of the stock of Amneal Pharmaceuticals, Inc.

Dated: January 7, 2025          **STONE CONROY LLC**

By: */s/ Rebekah Conroy*
Rebekah Conroy
25 A Hanover Road, Suite 301
Florham Park, NJ 07932
(973) 400-4181
rconroy@stoneconroy.com


Of counsel:

**TROUTMAN PEPPER LOCKE LLP**

Andrew P. Zappia (*pro hac vice* to be filed)
70 Linden Oaks, Suite 210
Rochester, NY 14625
Tel.: (585) 270-2102
Email: Andrew.Zappia@troutman.com

L. Andrew Tseng (*pro hac vice* to be filed)
125 High Street, 19th Floor
Boston, MA 02110
Tel.: (617) 204-5108
Tel.: (617) 204-5122
Email: Andrew.Tseng@troutman.com

*Attorneys for Plaintiffs*
*Amneal Pharmaceuticals LLC*
*and Impax Laboratories, LLC*